OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

0 2 1R          $ 00.26⁵
0002003152    DEC 22 2014
MAILED FROM ZIP CODE 78701

**12/15/2014**
**GONZALEZ, ALEJANDRO    Tr. Ct. No. 1345759-A    WR-82,592-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



ALEJANDRO GONZALEZ

NIXIE        773   5C 1              7201/02/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 78711230808        *0593-05494-02-25